IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40440
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

HECTOR MARTINEZ-CRUZ,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-198-1
--------------------
April 14, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Hector Martinez-Cruz appeals his conviction for conspiracy to possess marijuana with intent to distribute and possession of marijuana with intent to distribute. His sole allegation of error is that the district court erred in denying a motion to suppress statements he made to law-enforcement officers after his apprehension. Martinez-Cruz has not shown that the court committed clear error in accepting the testimony of law-enforcement officials that no one struck him or otherwise coerced him into waiving his rights or making a statement. See United

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

States v. Restrepo, 994 F.2d 173, 183 (5th Cir. 1993). Having reviewed the record, we conclude that Martinez-Cruz has shown no error in the district court's determination that he voluntarily waived his rights and gave a statement about the offense. See id. at 184.

AFFIRMED.